! ! "#$"%& ' (% ' $#$%& ' ()*
+ ! ( ) ! ' $+ ,%$#$ ' - ($)$# . */0%+ ' (# , )*
**! ! "#$"%& ' (% ' $# ! ) $$ *%+ ,%**
-1$*2345*6( (*7895:;*79<5=*16%*
73>5*?3@=*0<5A;*BC*D6$$$*
C=>E*#1D%)*16 ' /1$$$*
2 F3<>4E*G3453H I J3K=L8:H48HMK8F*
K89N5H85<K=4 I J3K=L8:H48HMK8F**
*! ""#$%& '()#$(*+ , -%"-)). /0(*

0P*CQ2*BP0C2+*7CRC27*+07CS00C*0 . BSC**

T . S*CQ2*+07CS00C* . T*BCRQ******

| | |
|---|---|
| *<br>**& ' ( ) # * +%& ( + , * )** ;*=5M*3>M;%<br>%<br><br>* !>3<H5<UU#4);*<br><br>VM*<br><br>**+2% , ( # 3 . . ,** ;*=5*3>M;*<br><br>* +=U=HG3H5#4)M* | **- . . , /&*% . 0% ( ! ! * ( ) ( - &*% . 0%**<br>**& . 1 - +* #%**<br><br>034=*P8M*-E-1/KV/((W%W/C7/+X!%<br><br>+<45N<K5*"9GY=E*Q8HM*C=G*75=Z3N5*<br><br>[ 3Y<45N35=*"9GY=E*+945<H*XM*!=3G* |

! P . C002*07*Q2S2X*]0^2P*8U*5:=*3JJ=3N3HK=*8U*+_453H*+,8;* . U/089H4=>*U8N*5:=*U<NF*

!3K=*"8:H48H*?3Z*]N89J;*34*3558NH=A*U8N*!>3<H5<UU4;*0:3N>=4*0345=N;*"=HH3U=N*!<@=;*3HG*8H*`=:3>U*

8U*5:=*24535=*8U*+3<4:3*S=AH8>G4M*!>=34=*G<N=K5*3>>*K8NN=4J8HG=HK=*U8N*!>3<H5<UU4*58*+_453H*+,8*35*

-1$*2345*6((*7895:;*79<5=*16%;*73>5*?3@=*0<5A;*B53:*D6$$$M*

*

* +35=G*5:<4*$-!"#G3A*8U*7=J5=F `=N*-(-%M*

*

! ! "#$"%& ' (% ' $? ! - $ ] . %+ /*

*1/1(23/" , %(24#(1(* ______________________ (
+_453H*+,8*
*! ""#$%& '()#$(*+ , -%"-))/((*

*
*
*
*
*
*

*

*

**&* ) , /0/& ( , *% . 0%+* ) 4 /&*%**

*

0*K=N5<UA*5 : 35*8H*7=J5= F `=N*$ ';*- ( -%;*3*K8 J A*8U*5 : =*U8N=Y8<HY*R ! ! 2 R S R P 0 2* . T*

0 . B P 7 2 ?*Z34*G=><V=N=G*V<3*= F 3<>*3HGa8N*5 : =*K89N5,4*=>=K5N8H<K*U<><HY*4A45= F *58*5 : =*U8>>8 Z <HYE*

*

] N=Y8NA*P M*Q88>=*# ' D&6)*
Q . . ? 2* b * c 0 P ] * ? 0*
6- ' W*7*Q0 ] Q ? R P + * + S*
7R ? C* ? R c 2*00C \ ;*BC*D6$-6*
#D($)- ' -/ ' %%W*
2 F 3<>E*YN=Y : I : 88>=@<HYMK8 F *
* *

*

*1/123/",%(24#1((* (
*!""#$%&'()#$(*+,-%"-))/((*

*

!

!

!

!