Pace Johnson (15970)
Dastan D'o (17201) (Of-Counsel)
**Pace Johnson Law Group**
231 East 400 South, Suite 345
Salt Lake City, UT 84111
Tel: (385) 347-3111
Emails: dastan@pacejohnson.com
courtnotices@pacejohnson.com
*Attorney for Plaintiff(s)*

| IN THE UNITED STATES DISTRICT COURT | |
|---|---|
| FOR THE DISTRICT OF UTAH | |
| **CHARLES CASTER**, et. al., | **NOTICE OF APPEARANCE OF COUNSEL** |
| Plaintiff(s), | |
| v. | Case No. 2:23-cv-00656-TS-DBP |
| **S. TALBOT**, et al., | District Judge: Hon. Ted Stewart |
| Defendant(s). | Magistrate Judge: Dustin B. Pead |

NOTICE IS HEREBY GIVEN of the appearance of Dástan D'o, Of-Counsel for the firm Pace Johnson Law Group, as attorney for Plaintiffs, Charles Caster, Jennafer Pike, and on behalf of the Estate of Daisha Reynolds. Please direct all correspondence for Plaintiffs to Dástan D'o at 231 East 400 South, Suite 345, Salt Lake City, Utah 84111.

Dated this 12th day of September 2025.

Pace Johnson Law Group

*/s/ Dástan D'o /*
Dástan D'o
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on September 17, 2025, a copy of the foregoing APPEARANCE OF COUNSEL was delivered via email and/or the court's electronic filing system to the following:

Gregory N. Hoole (7894)
HOOLE & KING LC
4276 S HIGHLAND DR
SALT LAKE CITY, UT 84124
(801)272-7556
Email: gregh@hooleking.com

*/s/Dástan D'o/*
*Attorney for Plaintiffs*